**Order entered August 22, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-22-00617-CV

## IN THE INTEREST OF P.H., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89,795**

## ORDER

Father's brief in this termination of parental rights case is overdue. Because these types of cases must be handled expeditiously, Father is **ORDERED** to file his brief within **TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a). Failure to file the brief by the time specified may result in an order for the trial court to conduct a hearing to determine why Father's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel. *See* TEX. R. APP. P. 38.9(a)(2).

/s/    BILL PEDERSEN, III
        JUSTICE